[No. 23228-6-II. Division Two. October 22, 1999.]

*In the Matter of the Detention of* VICKI LYNN KNAPP,
*Petitioner.*

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 98-6-00001-1, David Hallin, J. Pro Tem.,
entered April 14, 1998. *Affirmed* by unpublished opinion

per Bridgewater, C.J., concurred in by Morgan and Houghton, JJ.